UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ANTHONY DAJUAN YATES, | ) | CASE NO. ED CV 15-0075-PSG (PJW) |
|---|---|---|
| Petitioner, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| DAVEY, | ) | |
| Respondent. | ) | |

Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 01/16/15 .

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

C:\Users\jyerke\AppData\Local\Temp\notesC7A056\Judgment.wpd

2